156 A.3d 182

PUTNAM CONSTRUCTION, LLC, A NEW YORK LIMITED: LIABILITY COMPANY, ASSIGNEE OF BOULDER DEVELOPMENT, LLC, 77 AUSTIN ROAD, MAHOPAC, NEW YORK 10541, PLAINTIFF–PETITIONER, v. US HOMES CORP (D/B/A LENNAR 2465 KUSER ROAD, 3RD FLOOR, HAMILTON, NJ 08690), DEFENDANT–RESPONDENT.

November 17, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004122–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.